IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY ANTHONY BREWER,                    No. CIV-S-05-1094 MCE/DAD PS

    Plaintiff,

  v.                                           ORDER

SUSAN ELLEN BREWER,

    Defendant.
_____/

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On June 7, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has filed objections to the findings and recommendations.

///

///

1

1   In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
3 <u>de</u> <u>novo</u> review of this case and has considered plaintiff's
4 objections.  Having carefully reviewed the entire file, the court
5 finds the findings and recommendations to be supported by the
6 record and by proper analysis.  The court has determined that
7 there is no need to modify the findings and recommendations based
8 on the points raised in plaintiff's objections.
9   Accordingly, IT IS HEREBY ORDERED that:
10   1.  The findings and recommendations filed June 7, 2005, are
11 adopted in full;
12   2.  This state civil action is summarily remanded to the
13 Butte County Superior Court; and
14   3.  The Clerk is directed to close this case.
15 DATED: June 23, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE